THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., <br><br> Plaintiff, <br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C17-0174-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to extend dates (Dkt. No. 13.) The parties seek extension to facilitate continued settlement negotiations prior to entering into pre-trial activities. The COURT reminds the parties to comply with the requirements of W.D. Wash. Local Civ R. 39.1 in engaging in alternative dispute resolution activities. The Court GRANTS the parties motion, in part, as provided below.

//

//

//

//

| Event | Existing Deadline | New Date |
|---|---|---|
| LCR 39.1 ADR COMPLETED by | September 22, 2017 | March 2, 2018 |
| Discovery COMPLETED by | December 15, 2017 | March 11, 2018 |
| Dispositive motions must be FILED by | January 11, 2018 | April 10, 2018 |
| Expert witness disclosures FRCP 26(a)(2) | January 16, 2018 | April 10, 2018 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | February 16, 2018 | May 10, 2018 |
| Pre-trial motions FILED by | March 13, 2018 | June 4, 2018 |
| Agreed pretrial order FILED by | April 6, 2017 | June 27, 2018 |
| Trial briefs | April 9, 2018 | July 2, 2018 |
| Four Day Bench Trial | April 16, 2018 at 9:30 am | July 9, 2018 |

DATED this 14th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0174-JCC
PAGE - 2