UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion (Dkt. No. 18) to extend the hearing date on Plaintiff's motion for summary judgment (Dkt. No. 15.) Finding good cause, the motion (Dkt. No. 18) is GRANTED. The Clerk is DIRECTED to renote Plaintiff's summary judgment motion (Dkt. No. 15) to February 16, 2018.

DATED this 23rd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk