THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff moved for summary judgment on January 11, 2018. (Dkt. No. 15.) Pursuant to the parties' stipulation (Dkt. No. 18), the Court re-noted the motion to February 16, 2018 (Dkt. No. 19). Defendant has since cross-moved for summary judgment (Dkt. No. 20). That motion notes March 9, 2018. In the interest of judicial efficiency, the Clerk is DIRECTED to re-note Plaintiff's motion for summary judgment (Dkt. No. 15) to March 9, 2018. No other case management dates are impacted by this order.

//
//
//

MINUTE ORDER C17-0174-JCC
PAGE - 1

1      DATED this 2nd day of March 2018.

2                                           William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk