THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation (Dkt. No. 30) to extend the discovery cutoff in this matter, currently scheduled for March 11, 2018 (*see* Dkt. No. 14 at 2). Finding good cause, the Court GRANTS the parties motion (Dkt. No. 30). The discovery cutoff in the matter is extended to May 10, 2018.

DATED this 6th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0174-JCC
PAGE - 1