THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on written communication from Plaintiff's counsel regarding certain case management dates. Currently, Plaintiff's motion for summary judgment (Dkt. No. 15) and Defendant's cross motion for summary judgment (Dkt. No. 20) are noted for the Court's consideration on March 9, 2018. The parties now request that the Court re-note the motions until after they complete mediation, which is scheduled for April 23, 2018.

In the interest of judicial economy, the Court DIRECTS the Clerk to re-note Plaintiff's motion for summary judgment (Dkt. No. 15) and Defendant's cross motion for summary judgment (Dkt. No. 20) to April 27, 2018. No other case management dates are impacted by this order.

1     DATED this 9th day of March 2018.

                                         William M. McCool
                                         Clerk of Court

                                         s/Tomas Hernandez
                                         Deputy Clerk