THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC., | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation (Dkt. No. 34) to extend the expert witness disclosure deadline, currently set to April 10, 2018 (Dkt. No. 14 at 2). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 34). The expert witness disclosure deadline in the matter is extended to April 26, 2018.

DATED this 28th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk