THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, | CASE NO. C17-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff moved for summary judgment on January 11, 2018 and Defendant cross-moved for summary judgment on February 12, 2018. (Dkt. Nos. 15, 20.) The motions are scheduled to note on April 27, 2018. (*See* Dkt. No. 33.) The Court recently learned that the parties have reached a settlement in this matter, but need more time to complete the paperwork. Accordingly, the Clerk is DIRECTED to re-note Plaintiff's motion for summary judgment (Dkt. No. 15) and Defendant's cross-motion for summary judgment (Dkt. No. 20) to May 31, 2018 to provide the parties time to file the appropriate notice with the Court.

//

DATED this 26th day of April 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk